CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853
RONALD L. CHENG
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6621
Fax: (702) 388-6418
Email:  ronald.cheng@usdoj.gov

*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ALEX FIGUEROA, <br><br> Defendant. | Case No. 2:00-cr-00152-JCM-NJK <br><br> **GOVERNMENT'S MOTION FOR LEAVE TO DISMISS PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a)** |

Plaintiff United States of America, by and through its counsel of record, Christopher Chiou, Acting United States Attorney, and Ronald L. Cheng, Assistant United States Attorney, counsel for plaintiff United States of America, respectfully moves for leave of Court to dismiss the superseding indictment, indictment, and any outstanding warrants (if any) against only defendant Alex Figueroa, pursuant to Rule 48(a), Federal Rules of Criminal Procedure.  The United States evaluated the age of the case and determined that dismissing the case, and any outstanding warrant, is in the best interests of justice.

1    Accordingly, the United States respectfully requests that the Court dismiss the

2    superseding indictment, the indictment, and any outstanding warrant against the above-

3    captioned defendant.

4    Dated:  April 8, 2021.

5                                                  Respectfully submitted,

6                                                  CHRISTOPHER CHIOU
                                                   Acting United States Attorney
7

8                                                  By /s/ Ronald L. Cheng
                                                   RONALD L. CHENG
9                                                  Assistant United States Attorney

10                                                 Attorneys for Plaintiff
                                                   UNITED STATES OF AMERICA
11

12

13

14

15

16

17

18

19

20

21

22

23

24

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:00-cr-00152-JCM-NJK |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| ALEX FIGUEROA, | |
| Defendant. | |

     Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the superseding indictment, the indictment and quashes the arrest warrant against defendant Alex Figueroa.

CHRISTOPHER CHIOU
Acting United States Attorney


By /s/ *Ronald L. Cheng*
RONALD L. CHENG
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Leave of Court is granted for the filing of the above dismissal.

Dated: April 9, 2021.

THE HON. JAMES C. MAHAN
United States District Judge

3